UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ALI SHAHID BUTT,<br><br>Defendant. | CASE NO. 2:25-CR-130<br><br>JUDGE Judge Graham<br><br>INFORMATION<br>18 U.S.C. § 371 |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT 1</u>
**(Conspiracy, 18 U.S.C. § 371)**

At times relevant to the Information:

1. From at least 2015 through at least 2021, Defendant ALI SHAHID BUTT and Bahadar Durrani co-owned and co-managed several fast-food restaurants throughout the Midwest and Mid-Atlantic (the "Restaurants").

2. One of the Restaurants was located in Zanesville, Ohio (the "Zanesville Restaurant"), from around 2017 until around 2019. The Zanesville Restaurant was in the Southern District of Ohio.

3. Another of the Restaurants was located on Forest Avenue in Staten Island, NY (the "Forest Avenue Restaurant"), from around 2015 until around 2021.

4. As part of their operation of the Restaurants, BUTT and Durrani provided back-office services—such as accounting, payroll, and tax reporting—via AR Group of Restaurants (ARG).

5. BUTT and Durrani had a duty to pay federal taxes due from ARG for the Restaurants.

## The Conspiracy and Its Objects

6. From at least 2015 through at least 2021, in the Southern District of Ohio and elsewhere, Defendant ALI SHAHID BUTT, together with Durrani and others known and unknown, knowingly and intentionally conspired and agreed to commit the offense of willful failure to collect or pay over tax, in violation of 26 U.S.C. § 7202.

## Manner and Means of the Conspiracy

It was part of the conspiracy that:

7. Managers of the Restaurants paid certain employees in cash, outside of a standard, check-based payroll system by which most employees were paid.

8. Managers did not calculate or withhold employment taxes from the cash wages.

9. Managers reported the cash wages to BUTT and others, via ARG, using an online reporting system, referred to at various times as AR Reporting and Dream Big Holdings. In the reporting system, these wages were variously categorized as expenses such as "Cash Wages" and "Payment to Members."

10. BUTT and others knew of the practice of paying cash wages and knew that employment taxes were owed but, as the responsible parties, failed to direct the collection and payment of employment taxes on such wages.

### Overt Acts

The following overt acts were committed in furtherance of the conspiracy:

11. In tax year 2018, managers at the Zanesville Restaurant paid cash wages equal to approximately $58,796.71, without calculating or withholding federal employment taxes. Managers at the Zanesville Restaurant reported these cash wages to BUTT and others, via ARG, as a cost of goods sold labeled "Cash Wages" or "Payment to Members."

12. BUTT and others, knowing that federal employment taxes were due on cash wages, caused the Zanesville Restaurant to pay 2018 employment taxes on wages paid to employees through standard payroll, but not on cash wages. As a result, BUTT and others willfully failed to collect and pay over approximately $8,995.89 of 2018 employment taxes for the Zanesville Restaurant when they were due.

13. In tax year 2021, managers at the Forest Avenue Restaurant paid cash wages equal to approximately $237,001.96, without calculating or withholding federal employment taxes. Managers at the Forest Avenue Restaurant reported these cash wages to BUTT and others, via ARG, as a cost of goods sold labeled "Payment to Members."

14. BUTT and others, knowing that federal employment taxes were due on the cash wages, caused the Forest Avenue Restaurant to pay 2021 employment taxes on wages paid to employees through standard payroll, but not on cash wages. As a result, BUTT and others willfully failed to collect and pay over approximately

$36,261.30 of 2021 employment taxes for the Forest Avenue Restaurant when they were due.

**In violation of 18 U.S.C. § 371.**

KELLY A. NORRIS
Acting United States Attorney

*David J. Twombly*
―――――――――――――――
DAVID J. TWOMBLY
Assistant United States Attorney
